UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Planned Parenthood of</u>
<u>Northern New England, et al.</u>

   v.                                    Civil No. 03-cv-491-JD

<u>Kelly Ayotte</u>


O R D E R

The plaintiffs' motion for leave to supplement their complaint (document no. 29) is GRANTED with the defendant's assent. Aside from noting the parties' agreement that the validity of the Act's confidentiality provision has yet to be decided, the court expresses no opinion at this juncture on the scope of any of the other outstanding issues in this case.

   SO ORDERED.


                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

July 11, 2006

cc:  Charu A. Chandrasekhar, Esquire
     Jennifer Dalven, Esquire
     Martin P. Honigberg, Esquire
     Dara Klassel, Esquire
     Andrew B. Livernois, Esquire
     Daniel J. Mullen, Esquire
     Corinne L. Schiff, Esquire
     Lawrence A. Vogelman, Esquire