UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Planned Parenthood of</u>
<u>Northern New England, et al.</u>

    v.                        Civil No. 03-cv-491-JD

<u>Kelly Ayotte</u>


PROCEDURAL ORDER

The court met with counsel for the parties on this date. Following a discussion, the following deadlines have been set:

    1.  The plaintiffs shall file a response to the defendant's motion for summary judgment and a cross-motion for summary judgment by October 1, 2006.

    2.  The defendant shall respond by November 15, 2006.

SO ORDERED.

                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

July 13, 2006

cc:  Charu A. Chandrasekhar, Esquire
     Jennifer Dalven, Esquire
     Martin P. Honigberg, Esquire
     Dara Klassel, Esquire
     Laura E. B. Lombardi
     Daniel J. Mullen, Esquire
     Corinne L. Schiff, Esquire
     Lawrence A. Vogelman, Esquire