UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Planned Parenthood of</u>
<u>Northern New England, et al.</u>

   v.                                    Civil No. 03-cv-491-JD
                                       Opinion No. 2007 DNH 014

<u>NH Attorney General</u>

<u>PROCEDURAL ORDER</u>

    This court has taken judicial notice that House Bill 184, an Act repealing the Parental Notification Law, is pending in the New Hampshire House of Representatives.  Legislative action on this Bill may have a direct affect on this case which is currently pending before this court on remand from the United States Court of Appeals for the First Circuit.

    If House Bill 184 is enacted into law, this case will be rendered moot; if it is not enacted into law, this case will proceed; if the Parental Notification Law is amended, then the legal landscape of this case may well change.

    On this date, the court met with counsel for the parties and indicated that in its opinion this case should be temporarily stayed during the time that House Bill 184 is actively under consideration by the New Hampshire Legislature, in deference to

the Legislature.  A temporary stay would also conserve the public and private resources of the parties and the court.  Counsel agreed.

Therefore, in the interest of comity and in deference to the New Hampshire Legislature which is currently considering House Bill 184, this action is temporarily stayed, pending further order of the court, during such time as the New Hampshire Legislature is actively considering House Bill 184.

The permanent injunction issued in this case shall remain in full force and effect.  This stay is issued without prejudice to the positions of the parties in this case.  All pending motions are terminated subject to being reinstated at an appropriate time, if necessary, upon the request of any party.

The New Hampshire Attorney General is requested to forward a copy of this order to the President of the New Hampshire Senate and the Speaker of the New Hampshire House of Representatives.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

February 1, 2007

cc: Erica U. Bodwell, Esquire
    Charu A. Chandrasekhar, Esquire
    Jennifer Dalven, Esquire
    Martin P. Honigberg, Esquire
    Dara Klassel, Esquire
    Laura E. B. Lombardi, Esquire
    Cathleen M. Mahoney, Esquire
    Corinne L. Schiff, Esquire
    Maureen D. Smith, Esquire
    Lawrence A. Vogelman, Esquire